Submitted September 9, 2020, affirmed April 14, 2021

STATE OF OREGON,
*Plaintiff-Respondent,*

*v.*

ANDRES LOPEZ-GARCIA,
*Defendant-Appellant.*

Marion County Circuit Court
18CR54949; A169912

485 P3d 305

Claudia M. Burton, Judge.

Ernest G. Lannet, Chief Defender, Criminal Appellate Section, and Emily P. Seltzer, Deputy Public Defender, Office of Public Defense Services, filed the brief for appellant.

Ellen F. Rosenblum, Attorney General, Benjamin Gutman, Solicitor General, and Robert M. Wilsey, Assistant Attorney General, filed the brief for respondent.

Before Lagesen, Presiding Judge, and James, Judge, and Kamins, Judge.

PER CURIAM

Affirmed.

**PER CURIAM**

Defendant was convicted by jury verdict of first-degree assault constituting domestic violence, ORS 163.185. On appeal he argues that the trial court plainly erred in instructing the jury that it need not reach unanimous verdicts, and contends that, because the erroneous jury instruction constituted a structural error, his conviction must be reversed in light of *Ramos v. Louisiana*, 590 US ___, 140 S Ct 1390, 206 L Ed 2d 583 (2020). The Supreme Court rejected that argument in *State v. Flores Ramos*, 367 Or 292, 319, 478 P3d 515 (2020). Further, because the jury was not polled, we decline to exercise our discretion to review the plain error. *See State v. Dilallo*, 367 Or 340, 349, 478 P3d 509 (2020) (taking the same approach). We therefore reject defendant's argument concerning the nonunanimous jury instruction.

Affirmed.